NICHOLAS A. TRUTANICH, NSBN 13644
United States Attorney
District of Nevada
TINA NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHEYLA M. FRIAS, | Case No. 2:18-cv-00987-GMN-PAL |
| Plaintiff, | |
| v. | **DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND FILE CERTIFIED ADMINISTRATIVE RECORD.** |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

Defendant, the Acting Commissioner of Social Security (the "Commissioner"), respectfully moves for a 30 day extension of time to respond to Plaintiff's Complaint and file the Certified Administrative Record (CAR). The current due date was January 28, 2019.[1] The new due date for Defendant's response and filing of the CAR would be on **February 27, 2019**. This is Defendant's first request for extension of time.

Good cause exists to extend the current deadline because Defendant needs additional time to prepare a paper copy of the CAR and serve Plaintiff. (Declaration of Tina Naicker (Naicker Decl.) at

---

[1] Counsel apologizes for the belated request for extension, but due to a technical and/or administrative error, did not properly calendar Defendant's response. Counsel sought to move for an extension of time as soon as she discovered the error (Naicker Decl. at ¶ 2)
Motion for Extension of Time to File Answer and CAR; Case No. 2:18-cv-00987-GMN-PAL

- 1 -

¶ 2).  Under current agency guidelines, instead of the electronic copy of the CAR, because Plaintiff is pro see in this matter, the agency is required to prepare a separate paper copy to file and serve to Plaintiff (Naicker Decl. at ¶ 3).  Counsel attempted to reach Plaintiff by telephone on January 29, 2019, but could not reach Plaintiff as the call failed, despite repeated attempts to reach her (*Id*. at ¶ 4).  To the extent the Motion is not granted, Defendant will not be able to provide a copy of the CAR to Plaintiff in order for her to prepare her Motion for Summary Judgment.  (*Id*. at ¶ 5).  Defendant makes this request in good faith with no intention to unduly delay the proceedings.  Defendant respectfully requests that the Scheduling Order be modified accordingly.

  Respectfully submitted this 29th day of January 2019,

NICHOLAS A. TRUTANICH
United States Attorney

/s/ *Tina L. Naicker*
TINA L. NAICKER
Special Assistant United States Attorney
Attorneys for Defendant

# CERTIFICATE OF SERVICE

I, TINA L. NAICKER, certify that the following individual was served with a copy of the

**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND FILE CERTIFIED ADMINISTRATIVE RECORD**

on the date and via the method of service identified below:

**By U.S. Mail on January 30, 2019:**

Sheyla M. Frias
6320 Alderlyn Ave
Las Vegas, NV 89122
Attorneys for Plaintiff

Respectfully submitted this 29th day of January 2019,

/s/ Tina L. Naicker
TINA L. NAICKER
Special Assistant United States Attorney

Motion for Extension of Time to File Answer and CAR; Case No. 2:18-cv-00987-GMN-PAL

NICHOLAS A. TRUTANICH, NSBN 13644
United States Attorney
District of Nevada
TINA NAICKER, CSBN 252766
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 268-5611
Facsimile: (415) 744-0134
E-Mail: Tina.Naicker@SSA.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHEYLA M. FRIAS,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No. 2:18-cv-00987-GMN-PAL<br><br>**DECLARATION OF TINA L. NAICKER IN SUPPORT OF DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND FILE CERTIFIED ADMINISTRATIVE RECORD.** |

**DECLARATION OF TINA L. NAICKER**

I, Tina L. Naicker, declare, as follows:

1. I am an Assistant Regional Counsel for the Office of the General Counsel, Region IX, Social Security Administration. I am Special Assistant United States Attorney assigned to the Northern District of California, and am the primary attorney handling the defense of this matter. I make this Declaration on personal knowledge of the facts and circumstances herein and if called to testify could and would do so competently.

2. On August 21, 2018, Plaintiff filed her complaint (Dkt. 7). Defendant was served on November 27, 2018. As such, the deadline for Defendant to respond to Plaintiff's Complaint and file

and serve a copy of the Certified Administrative Record (CAR) was on January 28, 2019.  Due to a calendaring and/or technical error, I did not accurately calendar Defendant's response time and upon learning the error, I immediately sought an extension of time.  Defendant is respectfully requesting additional time to prepare a paper copy of the CAR and serve Plaintiff.

3. Under current agency guidelines, instead of the electronic copy of the CAR, because Plaintiff is pro see in this matter, the agency is required to prepare a separate paper copy to file and serve to Plaintiff.  As such, additional time is required in order to prepare a paper copy of the CAR to serve Plaintiff.

4. I attempted to reach Plaintiff by telephone on January 29, 2019, but each attempt resulted in "Call Failed" and I was not able to reach her by the telephone number listed on the docket.  I have no reason to believe that Plaintiff would object to the requested relief and will suffer no prejudice as a result of the request for extension.

5. To the extent the Motion is not granted, Defendant will not be able to provide a copy of the paper CAR to Plaintiff in order for her to prepare her Motion for Summary Judgment.

6. The current due date for Defendant's time to respond to Plaintiff's complaint was January 28, 2019.  The new due date for Defendant to file her response and CAR would be **February 27, 2019.**  Defendant respectfully requests that the Court's scheduling order be modified accordingly.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the above statements are true and correct.

    DATED: January 29, 2019                /s/ Tina Naicker

# CERTIFICATE OF SERVICE

I, TINA L. NAICKER, certify that the following individual was served with a copy of the

**DECLARATION OF TINA L. NAICKER IN SUPPORT OF DEFENDANT'S MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND FILE CERTIFIED ADMINISTRATIVE RECORD**

on the date and via the method of service identified below:

**By U.S. Mail on January 30, 2019:**

Sheyla M. Frias
6320 Alderlyn Ave
Las Vegas, NV 89122
Attorneys for Plaintiff

Respectfully submitted this 29th day of January 2019,

    /s/ Tina L. Naicker
TINA L. NAICKER
Special Assistant United States Attorney

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHEYLA M. FRIAS, | ) |
| Plaintiff, | ) Case No. 2:18-cv-00987-GMN-PAL<br>) |
| v. | ) **[PROPOSED] ORDER GRANTING**<br>) **DEFENDANT'S MOTION FOR EXTENSION**<br>) **OF TIME TO RESPOND TO PLAINTIFF'S** |
| NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security, | ) **COMPLAINT AND FILE CERTIFIED**<br>) **ADMINISTRATIVE RECORD.**<br>) |
| Defendant. | ) |

# [PROPOSED] ORDER

For good cause appearing therein, IT IS HEREBY ORDERED that the Motion for Extension of Time for Defendant to Respond to Plaintiff's Complaint and File Certified Administrative Record is hereby GRANTED. Plaintiff shall file her motion for summary judgment on or before **February 27, 2019**. All other deadlines shall be extended accordingly.

**IT IS SO ORDERED.**

Dated: January 31, 2019

_____
THE HONORABLE PEGGY A. LEEN
United States District Court Magistrate Judge

# CERTIFICATE OF SERVICE

I, TINA L. NAICKER, certify that the following individual was served with a copy of the

**[PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S COMPLAINT AND FILE CERTIFIED ADMINISTRATIVE RECORD**

on the date and via the method of service identified below:

**By U.S. Mail on January 30, 2019:**

Sheyla M. Frias
6320 Alderlyn Ave
Las Vegas, NV 89122
Attorneys for Plaintiff

Respectfully submitted this 29th day of January 2019,

                                       */s/ Tina L. Naicker*
                                       TINA L. NAICKER
                                       Special Assistant United States Attorney