**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SHEYLA M. FRIAS, )<br>)<br>Plaintiff, )<br>vs. )<br>)<br>NANCY A. BERRYHILL, Acting )<br>Commissioner of Social Security, )<br>)<br>Defendant. )<br>) | Case No.: 2:18-cv-00987-GMN-BNW<br><br>**ORDER** |

Pending before the Court is the Report and Recommendation of the Honorable United States Magistrate Judge Brenda Weksler, (ECF No. 24), which states that Plaintiff's Amended Complaint, (ECF No. 8), should "be dismissed without prejudice, unless [Plaintiff] files a motion for reversal and/or remand before June 11, 2019." (R. & R. 2:14–18, ECF No. 24).

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a de novo determination of those portions to which objections are made. *Id.* The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S. 140, 149 (1985). Indeed, the Ninth Circuit has recognized that a district court is not required to review a magistrate judge's report and recommendation where no objections have been filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

Here, no objections were filed, and the deadline to do so has passed. Further, Plaintiff has not filed a motion for reversal or motion for remand as directed by Judge Weksler in the Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 24), is **ACCEPTED and ADOPTED in full**.

**IT IS FURTHER ORDERED** that Plaintiff's Amended Complaint, (ECF No. 8), is **DISMISSED without prejudice**.

The Clerk of the Court shall enter judgment accordingly and close the case.

**DATED** this __12__ day of June, 2019.

_____
Gloria M. Navarro, Chief Judge
United States District Court